UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Missouri, et al. vs. Joseph Biden, Jr., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 for the following party(s): (please specify)

Joseph Robinette Biden, Jr., in his official capacity as President of the United States; Miguel Cardona; United States Department of Education

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Simon C. Brewer    s/: Simon C. Brewer

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Avenue NW

City/State/Zip: Washington, D.C. 20530

Telephone Number (Area Code): (202) 616-5367

Email Address: Simon.C.Brewer@usdoj.gov

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 06/27/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: