UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: _State of Missouri, et al._ vs. _Joseph Biden, Jr., et al._

The Clerk will enter my appearance as Counsel in Appeal No. _24-2332_ for the following party(s): (please specify)

> State of Arkansas

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _Nicholas J. Bronni_  s/: _Nicholas J. Bronni_

Firm Name: _Office of the Arkansas Attorney General_

Business Address: _323 Center Street, Suite 200_

City/State/Zip: _Little Rock, AR 72201_

Telephone Number (Area Code): _(501) 682-6302_

Email Address: _nicholas.bronni@arkansasag.gov_

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on _6/28/24_, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: