# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: **State of Missouri, et al.** vs. **Joseph Biden, Jr., et al.**

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 **for the following party(s): (please specify)**

State of Arkansas

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Dylan L. Jacobs    s/: Dylan L. Jacobs

Firm Name: Office of the Arkansas Attorney General

Business Address: 323 Center Street, Suite 200

City/State/Zip: Little Rock, AR 72201

Telephone Number (Area Code): (501) 682-3661

Email Address: dylan.jacobs@arkansasag.gov

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 6/28/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: