IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF MISSOURI, et al.,<br> *Plaintiffs-Appellees-Cross-Appellants*,<br><br>*v.*<br><br>JOSEPH ROBINETTE BIDEN, JR., in his official capacity as President of the United States, et al.,<br> *Defendants-Appellants-Cross-Appellees.* | Nos. 24-2332, 24-2351 |

## NOTICE OF METHOD OF APPENDIX PREPARATION AND VERIFICATION REGARDING TRANSCRIPTS

 Defendants-Appellants Joseph Robinette Biden, Jr., et al., hereby give notice that a joint appendix will be prepared pursuant to 8th Circuit Rule 30A(b)(2).

 Defendants-Appellants verify that counsel have already ordered from the court reporter the transcript needed for the appeal.

Respectfully submitted,

/s/ Simon C. Brewer
SIMON C. BREWER
*Attorney*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7529*
*Washington, D.C. 20530*
*(202) 616-5367*

JULY 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Simon C. Brewer*
Simon C. Brewer