UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Missouri, et al. vs. Joseph Biden, Jr., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 for the following party(s): (please specify)

Joseph Robinette Biden, Jr., in his official capacity as President of the United States; Miguel Cardona; United States Department of Education

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Michael S. Raab   s/: Michael S. Raab

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Avenue NW

City/State/Zip: Washington, D.C. 20530

Telephone Number (Area Code): (202) 514-4053

Email Address: michael.raab@usdoj.gov

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 07/12/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: