# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Missouri, et al vs. Joseph Biden, Jr., et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 for the following party(s): (please specify)

States of Missouri, Arkansas, Florida, Georgia, North Dakota, Ohio and Oklahoma, Plaintiffs-Appellees

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Samuel C. Freedlund   s/: Samuel C. Freedlund

Firm Name: Office of Missouri Attorney General

Business Address: 815 Olive Street, Suite 200

City/State/Zip: St. Louis, Missouri 63101

Telephone Number (Area Code): (314) 340-4869

Email Address: Samuel.Freedlund@ago.mo.gov

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 7/17/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: