# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2332

State of Missouri, et al.

Appellees

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellants

No: 24-2351

State of Missouri, et al.

Appellants

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)
(4:24-cv-00520-JAR)

---

**ORDER**

Appellants' emergency motion for an administrative stay prohibiting the appellees from implementing or acting pursuant to the Final Rule until this Court rules on the appellants' motion for an injunction pending appeal is granted.

July 18, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik