# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF MISSOURI, et al.,

    *Plaintiffs-Appellees-Cross-Appellants*,

    *v.*

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    *Defendants-Appellants-Cross-Appellees*.

Nos. 24-2332, 24-2351

## DESIGNATION OF RECORD

Plaintiffs-Appellees designate the following additional items for inclusion in the Joint Appendix beyond those identified by Defendants-Appellants:

- Plaintiffs' Complaint for Declaratory and Injunctive Relief and Exhibits (April 9, 2024), R. Docs. 1, 1-3, 1-4, 1-5, 1-6, 1-7 (first 25 pages).

- Plaintiffs' Motion for a Stay or in the Alternative a Preliminary Injunction (April 16, 2024), R. Doc. 7.

- Defendants' Motion to Dismiss (May 5, 2024), R. Doc. 21.

- Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 41.

- Order Denying Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 45.

- Plaintiffs' Motion for Clarification (June 29, 2024), R. Doc. 48.

- Defendants' Response to Plaintiffs' Motion for Clarification (July 8, 2024), R. Doc. 52.

1

- Plaintiffs' Reply in Support of Motion for Clarification (July 9, 2024), R. Doc. 53

Plaintiffs'-Cross-Appellants set forth the following general substantive issue for their cross-appeal: Whether the district court erred by preliminarily enjoining only part of the Final Rule rather than all of it.

Appellate Case: 24-2332    Page: 2    Date Filed: 07/19/2024 Entry ID: 5415317

Dated: July 19, 2024

Respectfully submitted,

/s/ *Joshua M. Divine*
Joshua M. Divine

TIM GRIFFIN
  *Attorney General of Arkansas*
NICHOLAS J. BRONNI
  *Solicitor General*
DYLAN L. JACOBS
  *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

ASHLEY MOODY
  *Attorney General of Florida*
JAMES H. PERCIVAL
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
james.percival@myfloridalegal.com

DREW H. WRIGLEY
  *Attorney General of North Dakota*
PHILIP AXT
  *Solicitor General*
Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

ANDREW BAILEY
  *Attorney General of Missouri*
JOSHUA M. DIVINE, #69875MO
  *Solicitor General*
REED C. DEMPSEY #1697941DC
  *Deputy Solicitor General*
SAMUEL FREEDLUND, #73707MO
  *Deputy Solicitor General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
(573) 751-1800
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov
samuel.freeland@ago.mo.gov

CHRISTOPHER M. CARR
  *Attorney General of Georgia*
STEPHEN J. PETRANY
  *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

GENTNER DRUMMOND
  *Attorney General*
GARRY M. GASKINS, II
  *Solicitor General*
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
garry.gaskins@oag.ok.gov

DAVE YOST
  *Attorney General of Ohio*
T. ELLIOT GAISER
  *Solicitor General*
MATHURA J. SRIDHARAN
  *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

*/s/ Joshua M. Divine*
Joshua M. Divine

Appellate Case: 24-2332     Page: 5     Date Filed: 07/19/2024 Entry ID: 5415317