# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF MISSOURI, et al., <br><br> *Plaintiffs-Appellees-Cross-Appellants*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> *Defendants-Appellants-Cross-Appellees*. | Nos. 24-2332, 24-2351 |

## DESIGNATION OF RECORD

Plaintiffs-Appellees designate the following additional items for inclusion in the Joint Appendix beyond those identified by Defendants-Appellants:

- Plaintiffs' Complaint for Declaratory and Injunctive Relief and Exhibits (April 9, 2024), R. Docs. 1, 1-3, 1-4, 1-5, 1-6, 1-7 (first 25 pages).

- Plaintiffs' Motion for a Stay or in the Alternative a Preliminary Injunction (April 16, 2024), R. Doc. 7.

- Defendants' Motion to Dismiss (May 5, 2024), R. Doc. 21.

- Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 41.

- Order Denying Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 45.

- Plaintiffs' Motion for Clarification (June 29, 2024), R. Doc. 48.

- Defendants' Response to Plaintiffs' Motion for Clarification (July 8, 2024), R. Doc. 52.

- Plaintiffs' Reply in Support of Motion for Clarification (July 9, 2024), R. Doc. 53

Plaintiffs'-Cross-Appellants set forth the following general substantive issue for their cross-appeal: Whether the district court erred by preliminarily enjoining only part of the Final Rule rather than all of it.

Dated: July 19, 2024                              Respectfully submitted,

                                                                */s/ Joshua M. Divine*
                                                                Joshua M. Divine

| | |
|---|---|
| TIM GRIFFIN<br>   *Attorney General of Arkansas*<br>NICHOLAS J. BRONNI<br>   *Solicitor General*<br>DYLAN L. JACOBS<br>   *Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-3661<br>Nicholas.Bronni@arkansasag.gov<br>Dylan.Jacobs@arkansasag.gov | ANDREW BAILEY<br>   *Attorney General of Missouri*<br>JOSHUA M. DIVINE, #69875MO<br>   *Solicitor General*<br>REED C. DEMPSEY #1697941DC<br>   *Deputy Solicitor General*<br>SAMUEL FREEDLUND, #73707MO<br>   *Deputy Solicitor General*<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>(573) 751-1800<br>josh.divine@ago.mo.gov<br>reed.dempsey@ago.mo.gov<br>samuel.freeland@ago.mo.gov |
| ASHLEY MOODY<br>   *Attorney General of Florida*<br>JAMES H. PERCIVAL<br>   *Chief of Staff*<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>james.percival@myfloridalegal.com | CHRISTOPHER M. CARR<br>   *Attorney General of Georgia*<br>STEPHEN J. PETRANY<br>   *Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov |
| DREW H. WRIGLEY<br>   *Attorney General of North Dakota*<br>PHILIP AXT<br>   *Solicitor General*<br>Attorney General's Office<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov | GENTNER DRUMMOND<br>   *Attorney General*<br>GARRY M. GASKINS, II<br>   *Solicitor General*<br>Office of the Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone: (405) 521-3921<br>garry.gaskins@oag.ok.gov |

DAVE YOST
  *Attorney General of Ohio*
T. ELLIOT GAISER
  *Solicitor General*
MATHURA J. SRIDHARAN
  *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

*/s/ Joshua M. Divine*
Joshua M. Divine
