# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Missouri, et al. vs. Joseph Biden, Jr., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 **for the following party(s): (please specify)**

State of Georgia

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Stephen J. Petrany   s/: Stephen J. Petrany

Firm Name: Georgia Department of Law, Solicitor General

Business Address: 40 Capitol Square, S.W.

City/State/Zip: Atlanta, GA 30334

Telephone Number (Area Code): (404) 458 - 3408

Email Address: spetrany@law.ga.gov

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 7/22/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: