UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Missouri, et al. vs. Joseph R. Biden, Jr., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 for the following party(s): (please specify)

Plaintiff-Appellee State of Missouri

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Reed Dempsey    s/: Reed Dempsey

Firm Name: Office of Missouri Attorney General

Business Address: 221 West High Street

City/State/Zip: Jefferson City, Missouri 65101

Telephone Number (Area Code): (573) 645-2763

Email Address: Reed.Dempsey@ago.mo.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 7/22/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: