UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 24-2332

State of Missouri, et al.

Appellees

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellants

No: 24-2351

State of Missouri, et al.

Appellants

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)
(4:24-cv-00520-JAR)

------

**ORDER**

The motion to clarify is denied.

August 19, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik