# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

August 22, 2024

Sarah Nicole Smith
U.S. DEPARTMENT OF JUSTICE
Civil Division
Room 7533
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

     RE:  24-2332  State of Missouri, et al v. Joseph Biden, Jr., et al
            24-2351  State of Missouri, et al v. Joseph Biden, Jr., et al

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix. Please provide the court with 3 paper copies of the missing document.**

   X__CERTIFICATE OF SERVICE is missing.

                                      Maureen W. Gornik
                                      Acting Clerk of Court

NDG

cc:     Simon Christopher Brewer
         Nicholas J. Bronni
         Reed Dempsey
         Joshua Divine
         Samuel Charles Freedlund
         Dylan L. Jacobs
         Simon Gregory Jerome
         Stephen John Petrany
         Stephen Michael Pezzi
         Thomas Pulham
         Michael Raab