# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Missouri, et al. vs. Joseph Robinette Biden, Jr., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332, 2351 **for the following party(s):** (please specify)

National Consumer Law Center

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Abigail E. Shafroth    s/: Abigail E. Shafroth

Firm Name: National Consumer Law Center

Business Address: 7 Winthrop Square

City/State/Zip: Boston, MA 02110

Telephone Number (Area Code): (617) 542-8010

Email Address: ashafroth@nclc.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 26th _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/Abigail E. Shafroth