# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Missouri et al. vs. Joseph R. Biden, Jr. et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2332 for the following party(s): (please specify)

Student Borrower Protection Center (a fiscally sponsored project of the Shared Ascent Fund)

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ✔ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: David S. Nahmias    s/: David S. Nahmias

Firm Name: Student Borrower Protection Center

Business Address: 1025 Connecticut Ave. NW, #717

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): (202) 670-3871

Email Address: david.nahmias@protectborrowers.org

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 8/25/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

n/a