# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** R. T. Winston Berkman-Breen

**CC:** Simon Christopher Brewer
Nicholas J. Bronni
Reed Dempsey
Joshua Divine
Samuel Charles Freedlund
Dylan L. Jacobs
Simon Gregory Jerome
David Sidney Shaffer Nahmias
Stephen John Petrany
Stephen Michael Pezzi
Thomas Pulham
Michael Raab
Abigail E. Shafroth
Sarah Nicole Smith
Persis S. Yu

**FROM:** Maddison T. Barra

**DATE:** September 03, 2024

**RE:** 24-2332  State of Missouri, et al v. Joseph Biden, Jr., et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__x___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.