# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | David Sidney Shaffer Nahmias |
| **CC:** | R. T. Winston Berkman-Breen |
| | Simon Christopher Brewer |
| | Nicholas J. Bronni |
| | Reed Dempsey |
| | Joshua Divine |
| | Samuel Charles Freedlund |
| | Dylan L. Jacobs |
| | Simon Gregory Jerome |
| | Stephen John Petrany |
| | Stephen Michael Pezzi |
| | Thomas Pulham |
| | Michael Raab |
| | Abigail E. Shafroth |
| | Sarah Nicole Smith |
| | Persis S. Yu |
| **FROM:** | Maddison T. Barra |
| **DATE:** | September 04, 2024 |
| **RE:** | 24-2332  State of Missouri, et al v. Joseph Biden, Jr., et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper copies correcting the deficiencies.

**Your new paper copies of the brief are due 5 days from the date of this notice.**

__X___Please reproduce your brief with single-sided pages.