# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-2332

State of Missouri, et al.

Appellees

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellants

------------------------------

Student Borrower Protection Center and National Consumer Law Center

Amici on Behalf of Appellant(s)

No: 24-2351

State of Missouri, et al.

Appellants

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)
(4:24-cv-00520-JAR)

---

**ORDER**

The unopposed motion to expedite is granted in part. The proposed briefing schedule is adopted.  The second brief will be due September 18, 2024; the third brief will be due October 2, 2024; and the fourth brief will be due October 15, 2024.  The clerk is directed to set this case for oral argument at 1:00 p.m. on Thursday, October 24, 2024, in St. Paul, Minnesota.  The parties will be allotted 15 minutes per side for argument.

September 04, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
              /s/ Maureen W. Gornik