Nos. 24-2332, 24-2351

IN THE

# United States Court of Appeals for the Eighth Circuit

State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of North Dakota; State of Ohio; State of Oklahoma

Plaintiffs - Appellees

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States; Miguel Cardona, in his official capacity as Secretary, United States Department of Education; United States Department of Education

Defendants - Appellants

On Appeal From a Preliminary Injunction from the United States District Court for the Eastern District of Missouri

## [CORRECTED] CERTIFICATE OF SERVICE

I certify that on August 26, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

1

Simon Christopher Brewer
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Nicholas J. Bronni
Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Joshua Divine
Reed Dempsey
ATTORNEY GENERAL'S OFFICE
221 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Samuel Charles Freedlund
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101

Stephen Michael Pezzi
Simon Gregory Jerome
U.S. DEPARTMENT OF JUSTICE
Federal Programs
1100 L Street N.W.
Washington, DC 20005

Stephen John Petrany
ATTORNEY GENERAL'S OFFICE
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Thomas Pulham
Michael Raab
U.S. DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff 7323
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

I further certify that I have sent 10 copies of the Brief of National Consumer Law Center as Amicus Curiae in Support of Appellants by priority mail, postage prepaid on August 29, 2024:

Clerk of Courts
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

/s/ *Abigail E. Shafroth*
Abigail E. Shafroth
National Consumer Law Center
7 Winthrop Square
Boston, MA 02110
ashafroth@nclc.org

*Counsel for Amicus Curiae*