*State of Missouri et al. v. Joseph R. Biden, Jr.*
No. 24-2332

# SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

1. I certify that on August 26, 2024, I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system:

**AMICUS BRIEF OF STUDENT BORROWER PROTECTION CENTER (A FISCALLY SPONSORED PROJECT OF THE SHARED ASCENT FUND) IN SUPPORT OF APPELLANT.**

All participants in the case are also registered CM/ECF users and that service was accomplished by the appellate CM/ECF system on August 26, 2024.

2. I also certify that, pursuant to the Court's order on August 27, 2024, on August 29, 2024 I caused 10 paper copies of the foregoing document to be served on the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit via UPS 2nd Day Air for delivery by September 3, 2024.

3. On September 3, 2024 I then caused paper copies of the foregoing document to be served on the following counsel of record:

| Simon Christopher Brewer<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0000 |
|---|
| Nicholas J. Bronni<br>Dylan L. Jacobs<br>ATTORNEY GENERAL'S OFFICE<br>200 Catlett-Prien Building<br>323 Center Street |

| |
|---|
| Little Rock, AR 72201-0000 |
| Joshua Divine<br>Reed Dempsey<br>ATTORNEY GENERAL'S OFFICE<br>221 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Samuel Charles Freedlund<br>ATTORNEY GENERAL'S OFFICE<br>Suite 200<br>815 Olive Street<br>Saint Louis, MO 63101 |
| Stephen Michael Pezzi<br>Simon Gregory Jerome<br>U.S. DEPARTMENT OF JUSTICE<br>Federal Programs<br>1100 L Street N.W.<br>Washington, DC 20005 |
| Stephen John Petrany<br>ATTORNEY GENERAL'S OFFICE<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334-1300 |
| Thomas Pulham<br>Michael Raab<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Appellate Staff<br>7323<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 |

4. Pursuant to the Court's September 4, 2024, paper deficiency notice, I then reproduced 10 copies of the foregoing document on single-sided pages and had them printed and prepared pursuant to Federal Rule of Appellate Procedure 32. I then caused all 10 copies of the brief to be mailed to the Clerk of Court at the

*State of Missouri et al. v. Joseph R. Biden, Jr.*
No. 24-2332

following address via Federal Express overnight mail.

    Clerk of Courts
    Attn: Ms. Maddison T. Barra
    United States Court of Appeals for the Eighth Circuit
    Thomas F. Eagleton Courthouse
    111 South 10th Street
    Room 24.329
    St. Louis, MO 63102

I certify that the foregoing is true and correct.

Dated: September 5, 2024          */s/ David S. Nahmias*
                                              David S. Nahmias
                                              *Counsel for Amicus Curiae*

                                              STUDENT BORROWER
                                              PROTECTION CENTER
                                              *(A fiscally sponsored project of the Shared Ascent Fund)*