# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 30, 2024

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

     RE:  24-2332  State of Missouri, et al v. Joseph Biden, Jr., et al
            24-2351  State of Missouri, et al v. Joseph Biden, Jr., et al

Dear Counsel:

     In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix. Please file the missing document in CM/ECF.**

\_\_X\_\_\_CERTIFICATE OF SERVICE is missing.

                                      Maureen W. Gornik
                                      Acting Clerk of Court

MTB

cc:     R. T. Winston Berkman-Breen
          Simon Christopher Brewer
          Nicholas J. Bronni
          Reed Dempsey
          Samuel Charles Freedlund
          Dylan L. Jacobs
          Simon Gregory Jerome
          David Sidney Shaffer Nahmias
          Aaron L. Nielson
          Stephen John Petrany
          Stephen Michael Pezzi
          Thomas Pulham
          Michael Raab
          Abigail E. Shafroth
          Sarah Nicole Smith
          Persis S. Yu