# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2332

State of Missouri, et al.

Appellees

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellants

------------------------------

Student Borrower Protection Center

Amicus on Behalf of Appellant(s)

State of Texas

Amicus on Behalf of Appellee(s)

National Consumer Law Center

Amicus on Behalf of Appellant(s)

State of Alaska, et al.

Amici on Behalf of Appellee(s)


No: 24-2351

State of Missouri, et al.

Appellants

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States, et al.

Appellees

------------------------------

State of Alaska, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)
(4:24-cv-00520-JAR)

## ORDER

The motion to supplement the record is granted.

October 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Maureen W. Gornik