# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2332

State of Missouri, et al.

Appellees

v.

United States Department of Education, et al.

Appellants

------------------------------

Student Borrower Protection Center

Amicus on Behalf of Appellant(s)

State of Texas

Amicus on Behalf of Appellee(s)

National Consumer Law Center

Amicus on Behalf of Appellant(s)

State of Alaska, et al.

Amici on Behalf of Appellee(s)

No: 24-2351

State of Missouri, et al.

Appellants

v.

United States Department of Education, et al.

Appellees

------------------------------

State of Alaska, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00520-JAR)
(4:24-cv-00520-JAR)

## MANDATE

In accordance with the opinion and judgment of February 18, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 11, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit